IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14. JUSTIN GRIFFIN,

    Defendant.

---

### ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Count [Docket No. 720]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Count [Docket No. 720] is granted. Count One of the Indictment is dismissed as to defendant Justin Griffin only.

DATED June 9, 2014.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge